IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Hand-Delivered

FILED
ASHEVILLE, N.C.

OCT 05 2021

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| Rupa Vickers Russe )<br>176 Shawsville Pike NE, )<br>Check, Virginia, 24072 )<br>               Plaintiff, )<br>v. )<br> )<br>Cindie Harman, )<br>500 Mountain View, )<br>Hot Springs, North Carolina 28743 )<br>               Defendant. ) | MOTION TO SEAL,<br>MOTION FOR GAG ORDER,<br>MOTION TO PROCEED<br>UNDER ANONYMITY |

COMES NOW Plaintiff, by and through undersigned counsel, pursuant to W.D.N.C. Loc. R. 6.1(c), and respectfully submits this Motion and requests this Court to issue a protective order to completely seal this lawsuit, issue a protective Gag Order for all participants and Attorneys in this matter, and for this case to proceed under anonymity, for reasons stated in Plaintiff's attached memorandum, until after a final decision has been rendered by this court. Plaintiff submits her attached Memorandum in support of this Motion.

Submitted this the 05 th day of October, 2021.

By: /s/Brooke Scott
Brooke Scott
Attorney, NCSB #55391
1111 Consortium Drive Unit 106
Raleigh, NC 27603
Tel: (252)361-2291
Email: bnscott1011@gmail.com