IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| PLAINTIFF, | ) | |
|---|---|---|
| | ) | ORDER FILING |
| v. | ) | DOCUMENT(S) UNDER SEAL |
| | ) | |
| DEFENDANT. | ) | |

Upon consideration of Plaintiff's Motion for all records to be filed under seal. IT IS HEREBY ORDERED the document(s) enclosed in this envelope are to be filed with the District Court Clerk's Office under seal until further order of this Court.

Dated this _____ _____ day of _____, 20___.

_____
District Judge