IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

PLAINTIFF,
Resident of Check, Virginia, 24072 )
                Plaintiff, )
    v. )         GAG ORDER
 )
DEFENDANT )
Resident of Hot Springs, North Carolina 28743 )
                Defendant. )

Upon consideration of Plaintiff's Motion for this matter to proceed under a "gag" rule.

IT IS HEREBY ORDERED ADJUDGED AND DECREED that both Defendant and Plaintiff shall be enjoined from making or causing to be made any statements about the other party, party's business or about this lawsuit , or Attorneys representing clients in this matter, on any website, social media platform, chat-group, physical sign or through electronic or paper written message to any third-parties, including news organizations.

Dated this _____ \_\_\_\_\_ day of _____, 20\_\_\_.

                                                              _____
                                                                     District Judge