| | |
|---|---|
| Rupa Vickers Russe | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Cindie Harman, | ) |
| 500 Mountain View, | ) |
| Hot Springs, North Carolina 28743 | ) |
| Defendant. | ) |

## Affidavit of Rupa Vickers Russe

I, Rupa Vickers Russe, swear that the information herein is truthful to the best of my knowledge and understanding,

1. While at a polling station during my campaign for Madison County Commissioner in the Fall of 2020, I was present at the station without any friends or supporters. I was standing at the legally allowed location near the entrance to the polling station. While I was there, two very large trucks with multiple confederate flags and Trump flags pulled up. Four very large burly men with tank tops on pulled out multiple of Defendant's "Don't Get Duped By Rupe" signs and carried them aggressively towards Plaintiff as they approached to set the signs in front of the polling station entrance. As the men approached in my direction (towards the door to the polling station) Mine and the men's eyes took notice of each other and the men stopped, laughed and placed their signs. Then they returned to their trucks, which were not in close proximity to the polling station entrance. They waited there, honked their horns, and made a ruckus. So

intimidated was I due to the mens behaviors and that I was alone, that I sought to leave without drawing attention to myself. I walked back to my car which happened to be parked in close proximity to where the four men had parked. The men were watching me as I walked to my car, making loud comments that I could not make out, and laughing. I was able to drive away without physical harm but felt intimidated, felt harassed, and embarrassed to the point that I could not stay and continue to campaign at the polling station at that time. I never returned to that polling station to campaign again.

2. On two other separate occasions two large men, when they found out my identity, came right up to me, stuck their pointer finger in my face and said "YOU, are the problem".

3. During one other encounter while at a polling station, one young firefighter man was particularly angry and referenced that I would see what "is coming", "because it's coming for people like you".

4. Because of the intimidation, harassment, embarrassment and threats from Defendant and her false statements and misleading statements about me to the public, I had to seek out medical care to assist with my emotional distress and rely on an anti-anxiety prescription until after the election to deal with the related heart palpitations.

This the 5th day of October, 2021

Rupa Vickers Russe
Plaintiff