

attorney and is "NOT LICENSED" in NC to practice law PERIOD.

# SAVE MADISON COUNTY NORTH CAROLINA FROM THE LEFT

Rupa is desperate and lying again - Who wants to vote for a liar?

**PL. EXH 2.**

Rupa Russe is the same woman that lines up for free food, and when caught, she screams, "Well, Neighbors, they were going to feed it to the pigs." Well, they did feed it to a pig, and her name is Rupa.



This woman is a con and a train wreck and wants to freeload off this County just like Michael