

# SAVE MADISON COUNTY NORTH CAROLINA FROM THE LEFT

Ruppa says she is not a supporter of Black Lives Matter - but she posted this on Facebook on June 2-2020 - Lets see if Rupa DISAVOWS Black Lives Matter......All Polititians should DISAVOW this Racist Terrorist group and especially Paul Moon who signed this woman's petition- PETITION RUPA RUSSE- SEE IF YOUR NAME IS LISTED let me know if you didn't sign your name or were lied to about what you were signing - We have our own list that will be going to the State Board of Elections.

*Blackout Tuesday was a collective action to racism and police brutality. The action, originally organized within the music industry in response to the killings of George Floyd, Ahmaud Arbery, and Breonna Taylor, took place on Tuesday, June 2, 2020.*

*Music industry groups and artists such as Foo Fighters have gone silent on social media to support Black Lives Matter in the aftermath of George Floyd's death.*

If you posted this you acknowledge you support Black Lives Matters - A Terrorist Racist Marxist organization that is destroying America. If you support BLM then you hate America and its citizens. You hate The American Foundation. You have disdain and yes hate for all those that fought and died to ensure our way of life.

Rupa you and your Conscious Homesteaders want handouts from the rest of us that work for a living and Love our Great Country.

The Rupa's of this world are our enemies. She spoke above about our Heritage - What Heritage the new America that you and your Marxists want to create?