> "No society wants you to become wise, it is against the investment of all societies. If people are wise they cannot be exploited. If they are intelligent they cannot be subjugated, they cannot be forced in a mechanical life, to live like robots…They will have the fragrance of rebellion around them.
>
> In fact, a wise man is afire, alive, aflame. He would like rather to die than to be enslaved."

Folks, the press is even being toyed with in waking up the sheeple – they are producing hit pieces on "Q."

Again for those who do not understand Q-It's time to wake up-Q is Military Intelligence.
Feel free to call it a Psyop if you wish. There are good and bad psyops.

What really matters is that Q is a GOOD psyop, and you need to do more research if you don't realize that it's directly linked with the Trump family & administration.

Q is designed to Awaken the World and get people to dig and research.
So it is understandable when the Left attacks because they are too stupid and lazy to research.
Q is showing the globe the EVIL that has been going on in this World.

Q is designed for trolling the Cabal and keeping them guessing.
Q is more than we know.

Below is a video which explains Q – Why is the Left and the Democrat Globalist Party so frightened and worried about "Q" because the Democrat Party has turned a blind eye to the evil acts against humanity committed by their party members.