

PL. EXH 5

# SAVE MADISON COUNTY NORTH CAROLINA FR

Without the License, No Auth. No Attorney. (till you are yet in the right to Practice Law)

The bar exam is only part of getting a license. An attorney is also supposed to have "moral fitness" that makes him worthy of his client's trust.

Past or current problems such as academic misconduct, abuse of the legal process, drug or alcohol issues and breaking the law could all count against someone trying to earn the right to "Esquire or Attorney."

Now we know Rupa has a rap sheet of over 24 pages long, which includes Foreclosure, bankruptcy larceny, and abuse of her daughter.

Rupa Russe is a fraud PERIOD.

She is conning you just like Buddy - Coy -Goforth-Snelson have fooled you.

Don't Get Duped by Rupe. Let me know if you need one of my signs - We don't charge for ours!