Case 1:20-cv-00092-MR-WCM Document 1 Filed 07/16/20 Page 21 of 30

**PL. EXH 6**

I have already reviewed the Rupa Vicker Ruse for House seat 118 -petitions.

I found many anomalies, not just the fact that over 30% percent of the signees were eliminated and not counted.

I will be filing a formal complaint with the State Board of Elections.

One of the things said to me by signers is that they were told this was a survey, not a petition.

Rupa and her conscious homesteaders stated that signees were signing a survey to allow the unaffiliated to be on the ballot, not for Rupa but all unaffiliated candidates. That smells and should be addressed by the State Board of Elections.

We have a commissioner meeting this Tuesday - Last workshop meeting the commissioners voted to give the schools a great deal of money, as Norris Gentry called it "THEIR MONEY." Their money Norris? It is our money the taxpayers of this state. Norris-What do you know about the management of money anyway?

During this meeting, Bubba Snelson kept grunting, "Give it to them- Give it to them."

I kept waiting for Bubba to crack open a beer so he and Hoffman could salivate over the apparent collaboration.