**PL. EXH 7**

Posts

[Photos]  [Life Events]



**Lauren Steiner** is with **Chris Jackson** and **3 others**.

9h ·

Looking into the politics of Madison County which adjoins the county that Asheville is in. Boy, there sure is resistance to leftist politics. Not sure I want to bear the brunt of her ire.



SAVEMADISONCOUNTY.ORG
**Black Lives Matter has taken over Madison County Democratic Party!!! – S...**

2     1 Comment

Like     Comment     Share



**Lauren Steiner**
10h ·

It was Comey. It was Russia. Why do they never