Hand-Delivered

FILED
ASHEVILLE, N.C.
OCT 07 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| Rupa Vickers Russe | ) | |
| Check, Virginia, 24072 | ) | AMENDMENT TO |
| Plaintiff, | ) | PLAINTIFF'S MEMORANDUM |
| v. | ) | IN SUPPORT OF MOTION TO SEAL, |
| | ) | ISSUE A GAG ORDER, AND |
| Cindie Harman, | ) | FOR PROCEEDINGS TO OCCUR |
| 500 Mountain View, | ) | UNDER ANONYMITY |
| Hot Springs, North Carolina 28743 | ) | |
| Defendant. | ) | |

Plaintiff, Rupa Vickers Russe, pursuant to Federal Rules of Civil Procedure Rule 15(a), respectfully submits this Amendment to her previously filed Memorandum of law in support of her Motion to Seal the entire court record, Gag all parties and Conduct this Proceeding under Veil of Anonymity until this court has rendered its final verdict.

Plaintiff seeks to correct the following drafting errors presented in Plaintiffs Memorandum, as follows:

1. In Section II ("Statement of Material Facts"), p.6, Plaintiff, due to a drafting error included in her claims an incorrect assertion that Defendant had published the following statement about Plaintiff:

   "11. That Plaintiff has never filed for Bankruptcy, has never been charged with assault of a child, or been charged with multiple assaults, and has never been convicted of larceny or assault."

Defendant has never made the aforementioned statement about Plaintiff; nor has she ever recanted any of her false statements, including those about which are the subjects in the aforementioned statement.

2. In Section IV ("ii Physical Injury-Person"), p.15, Plaintiff's memorandum stated,

> "Plaintiff is most concernedwith physical harm and attacks on her reputation as an Attorney that would in turn negatively impact Plaintiff's law practice"

Plaintiff herein amends this statement to include,

> "; and the return of the physical symptoms Plaintiff suffered due to the Defendant's past actions and statements about Plaintiff, namely heart palpitations and insomnia from anxiety."

3. In Section V ("Sealing Documents"), p.16, Plaintiff amends this complaint to include **Exhibit 8**, in support of Plaintiff' statements "shared by the public locally", which shows local residents of Madison County sharing Defendant's website posts on a popular social media platform, Facebook.

4. In Section V, p.18, Plaintiff amends her argument to include the following bolded and underlined words,

> "Plaintiff requests that Defendant shall be placed under a gag order so that she cannot disclose, discuss, publish information to third parties or new organizations or share information about Plaintiff, Plaintiffs' business, Plaintiff's clients, Plaintiff's Attorney, or about this lawsuit except as relates to her communications with her Attorneys and her **witnesses; to** the degree this court believes Plaintiff's security and freedom from harassment and intentional infliction of emotional distress can be preserved. Additionally, Plaintiff requests that Defendant not have access to Plaintiff's new home address. Plaintiff voluntarily **accepts to be bound by the same restrictions towards Defendant**."

5. In Conclusion, p.18, Plaintiff amends her statement to include attachment of Plaintiff's Exhibit 3 in reference to, "(Defendant's false statements and signage, targeting and harassing innocent non-party supporters of Plaintiff, _see_ **EXH 3**)".

Plaintiff respectfully submits these amendments to her Memorandum in support of her Motion to Seal, Issue a Gag Order, and Proceed under Anonymity.

Date: __07__ th day of October, 2021.

By: /s/Brooke Scott
Brooke Scott
Attorney, NCSB #55391
1111 Consortium Drive Unit 106
Raleigh, NC 27603
Tel: (252)361-2291
Email: bnscott1011@gmail.com