PL. Exh. 8(b)

