IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00270

| | | |
|---|---|---|
| Rupa Vickers Russe | ) | |
| | ) | |
| Plaintiff, | ) | NOTICE OF |
| v. | ) | CHANGE OF ADDRESS |
| | ) | |
| Cindie Harman, | ) | |
| Defendant. | ) | |

COMES NOW, Plaintiff, Rupa Russe, by and through her counsel, before this Court for the following reasons:

1. To request of this Court, that this notice and the information contained herein be kept under seal in light of Ms. Russe's previously disclosed concern for her safety to this court, and due to Defendant's continuing behaviors in posting about and targeting Plaintiff as a private individual on Defendant's website since December 01, 2021.
2. To notify this court that Plaintiffs' personal address changed to:
    [REDACTED]

Respectfully submitted this the 20th day of December, 2021.

By: /s/Brooke Scott
Brooke Scott
Attorney for Plaintiff,
NCSB #55391
P.O. Box 213
Marshall, NC 28753
Tel: (252) 361-2291
Email: BNS@VRLawPLLC.com