# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00270

| | | |
|---|---|---|
| Rupa Vickers Russe | ) | |
|     Plaintiff, | ) | NOTICE OF SUPPLEMENTAL |
| v. | ) | EVIDENCE FOR PLAINTIFF'S |
| Cindie Harman, | ) | MOTION TO EXTEND SERVICE |
|     Defendant. | ) | OF PROCESS DEADLINE |

NOW COMES Plaintiff, by and through her counsel, and requests this court to accept the following supplemental evidence into the record in support of her Motion to Extend Service of Process Deadline, DOC 12:

(1) Copy of an email sent to Plaintiff's law firm on 12/30/21 at 2:17 PM, by the the Sheriff of Madison County disclosing the multiple attempts to date that the Department has made to effectuate civil process at Defendant's residence; including an email exchange with the Defendant's husband, a fellow resident of Defendant's residence in Hot Springs, NC, in which the sheriff informed the Defendant's husband through email that his Deputies were attempting to serve civil process on a resident of his address. EXH 11.

WHEREFORE, Plaintiff respectfully prays this court to admit this supplemental evidence, and grant Plaintiff an extension of a minimum of 60 days to attempt to effectuate service of process on Defendant.

Respectfully submitted this the 30th day of December, 2021.

By:     /s/Brooke Scott
        Brooke Scott
        Attorney for Plaintiff,
        NCSB #55391
        P.O. Box 213
        Marshall, NC 28753

Tel: (252) 361-2291
Email: BNS@VRLawPLLC.com