# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00270

| | | |
|---|---|---|
| Rupa Vickers Russe | ) | |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S REQUEST |
| v. | ) | FOR ENTRY OF DEFAULT |
| | ) | |
| Cindie Harman, | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure hereby requests the Clerk to enter default against the Defendant in the above captioned case on the basis that the record in this case demonstrates that there has been a failure on the part of the Defendant to file an Answer or Responsive Pleading and the time in which to do so has expired.

Respectfully submitted this the 25th of February, 2022.

By:  /s/Brooke Scott
Brooke Scott
*Attorney for Plaintiff*
N.C. State Bar No.: 55391
1111 Consortium Drive Unit 106
Raleigh, NC 27603
Tel: (252)361-2291
Email: bnscott1011@gmail.com

1

CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on this date she served a copy of the foregoing PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT upon the Defendant listed below by mailing a copy first class U.S.P.S. to Defendant at her last known address as follows:

Cindie Harman
500 Mountain View Road
Hot Springs, North Carolina 28743

This the 25th of February, 2022.

By:                                    /s/Brooke Scott
                                      Brooke Scott
                                      *Attorney for Plaintiff*
                                      N.C. State Bar No.: 55391
                                      1111 Consortium Drive Unit 106
                                      Raleigh, NC 27603
                                      Tel: (252)361-2291
                                      Email: bnscott1011@gmail.com