IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | | |
|---|---|---|
| RUPA VICKERS RUSSE, ) | | Docket No.: 1:21cv270 |
| Plaintiff ) | | |
| vs. ) | | |
| ) | | |
| CINDIE HARMAN, ) | | |
| Defendant ) | | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT

COMES NOW Rich Cassady, Esquire, of the Law Office of Rich Cassady, P.L.L.C., and files this, his Motion to Withdraw as Counsel of Record for Defendant Cindie Harman. Defendant has retained alternate counsel in the personages of Robert B. Long, Jr., Esquire, and Phillip Scott Anderson, Esquire.

RESPECTFULLY SUBMITTED this, the 27th day of March 2022.

BY: CINDIE HARMAN, Defendant

BY: THE LAW OFFICE OF RICH CASSADY

BY: s/Rich Cassady, Esquire
NC Bar # 35821
Attorney for Defendant
The Law Office of Rich Cassady, PLLC
672 Highlands Road
Post Office Box 2033
Franklin, North Carolina 28744-2033
(828) 634-4132
(828) 634-7032 (fax)
rich@cassadylaw.net

## CERTIFICATE OF SERVICE

I certify that on March 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to the following: Brook Scott, Esquire bnscott1011@gmail.com, Robert Long, Esquire rlong@vwlawfirm.com, and Phillip Anderson, Esquire panderson@vwlawfirm.com