**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:21-cv-00270**

| | | |
|---|---|---|
| RUPA RUSSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR LEAVE |
| v. | ) | TO FILE UNDER SEAL |
| | ) | |
| CINDIE HARMAN, | ) | |
| | ) | |
| Defendant. | ) | |

_____

NOW COMES Plaintiff and makes this Motion for Leave to File Under Seal pursuant to Rule 5.2(f) of the Federal Rules of Civil Procedure, and respectfully requests that this Court grant her leave to disclose to the Court and file under seal copies of her medical records. These records contain sensitive information that was previously disclosed to Defendant pursuant to this Court's Protective Order. The records contain information disclosed to Plaintiff's healthcare providers in confidence, and Plaintiff's privacy would be unfairly invaded if these records were part of the public court record. Additionally, they contain many references to Plaintiff's child, who was a minor at that time, and it would be inappropriate for this information to be made public.

This the 6th day of January, 2023.

/s/ Brooke Scott
Brooke Scott
*Attorney for Plaintiff*
N.C. Bar No.: 55391
2428 Bay Harbor Drive
Raleigh, NC 27604
Tel: (252) 361-2291
Email: brooke@bscottlawnc.com

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2023, I caused a copy of the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL to be delivered by uploading said Notice to the Western District of North Carolina's CM/ECF filing system, which will automatically email a copy to Defendant's Attorneys of Record, Adam Peoples and Austin Kessler as follows:

>   apeoples@hallboothsmith.com
>   akessler@hallboothsmith.com

<u>/s/Brooke Scott</u>
Brooke Scott
*Attorney for Plaintiff*
N.C. State Bar No.: 55391
2428 Bay Harbor Drive
Raleigh, NC 27604
Tel: (252) 361-2291
Email: brooke@bscottlawnc.com
