IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00270-MR-WCM

| | | |
|---|---|---|
| RUPA RUSSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CINDIE HARMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On January 6, 2023, the Plaintiff filed a Motion for Summary Judgment and a Memorandum in Support [Docs. 66, 66-1-1] and a Motion for Leave to File Under Seal [Doc. 68]. The Plaintiff's pleadings, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 35 at 6]. Accordingly, the Plaintiff's pleadings [Docs. 66, 66-1, and 68] will be stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment, Memorandum in Support, and Motion for Leave to File Under Seal [Doc. 66, 66-1, 68] are **STRICKEN**. The Plaintiff may refile her motions and briefs in a manner which complies with the requirements of this

Court within seven (7) days of the entry of this Order. The Defendant thereafter shall have fourteen (14) days to respond to the Plaintiff's refiled motions.

**IT IS SO ORDERED.**

Signed: January 13, 2023

Martin Reidinger
Chief United States District Judge