# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| RUPA VICKERS RUSSE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00270-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| CINDIE HARMAN, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 12, 2023 Memorandum of Decision and Order.

July 12, 2023

*[signature]*

Katherine Hord Simon, Clerk
United States District Court