IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00270

| | |
|---|---|
| RUPA RUSSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) MOTION FOR LEAVE |
| v. | ) TO FILE UNDER SEAL |
| | ) |
| CINDIE HARMAN, | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff, pursuant to Rule 5.2(f) of the Federal Rules of Civil Procedure, and makes this Motion for Leave to File Under Seal to disclose to this Court her personal financial records within 14 days of this Court's grant of this motion, assuming this Court finds such records proper and warranted under the circumstances.

In Plaintiff's response to Defendant's Motion, she attached an affidavit, DOC 88, in which she stated she would file her financial records under seal in support of her assertion that she does not have the financial capacity to pay for Attorney's fees, pursuant to Debauche v. Trani, 191 F.3d 499 (4th Cir. 1999). Upon reflection, Plaintiff recognized it may be unnecessary and needlessly wasteful for this Court to manage the filed financial records under seal, should the Court agree with Plaintiff that the Defendant's Motion was filed after the case was closed, and

1

before it has been resuscitated. In order to avoid waste of this Court's resources, Plaintiff respectfully amends her affidavit's statement, to request that should the Court disagree with Plaintiff that Defendant's Motion is untimely, it grant her the right to file the personal financial records to prove her claim of inability to pay the Defendant's Attorney fees within 14 days after grant of this Motion.

The grounds for this Motion are that the records Plaintiff seeks to provide this Court with contain sensitive financial information that is not dispositive of the now closed matter, and merely provide financial information to support Plaintiff's response to Defendant's questionable motion for Attorney Fees. DOC 86. It does not impact the "judicial decision- making" of the claims brought before this Court. LCvR 6.1(a). The public has no need, nor protected interest in having access to this sensitive, personal information that is not being offered as dispositive evidence in the dismissed claims against Defendant.

This the 14th day of August, 2023.

/s/Rupa Vickers Russe
Rupa Vickers Russe
*Pro Se* Plaintiff and
Attorney, NC Bar No. #56893
P.O. Box 213, Marshall, NC 28753
Tel: 828-380-9522
Email: RVR@VRLawPLLC.com

# CERTIFICATE OF SERVICE

This certifies that I caused a true and correct copy of the foregoing document to be served on 14th of August, 2023 by uploading a copy to this Court's CM/ECF electronic filing system of which Defendant's counsel of record is an authorized registrant.

/s/Rupa Vickers Russe
Rupa Vickers Russe
*Pro Se* Attorney, NC Bar No. #56893
P.O. Box 213, Marshall, NC 28753
Tel: 828-380-9522
Email: RVR@VRLawPLLC.com